Kira Billips
204 N Woodlawn Ave
Aldan, PA 19018
610-679-4226
Kirabrown25@gmail.com
Pro Se Plaintiff

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIRA J. BILLIPS FORMERLY KNOWN AS, KIRA J. BROWN | Case No.: 21-11457-amc |
| Plaintiff, | Chapter: 13 |
| vs. | |
| MOHELA (HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI), | Adv. No.: |
| Defendant(s) | |
| | COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT. |

I, Kira Billips, bring the following complaint and alleges as follows:

### I. NATURE OFCASE

1. This is an action to declare my student loan debt to Defendant(s), MOHELA (Higher Education Loan Authority of the State of Missouri), dischargeable as an undue hardship under 11 U.S.C. § 523(a)(8).

### II. JURISDICTION AND VENUE

2. On May 21, 2021, I filed a voluntary 13 bankruptcy proceeding, Case Number 21-11457-amc.

3. The Court has jurisdiction pursuant to 28 U.S.C. §1334 and 157. This is an action to determine the dischargeability of a debt under 11 U.S.C. § 523(a)(8), and as such, this is a core proceeding under 28 U.S.C. §157(b)(2)(I). I consent to the Bankruptcy Court's entry of a final order.

4. Venue is appropriate in this Court pursuant to 28 U.S.C. §1409(a).

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT. - 1

5. This is an adversary proceeding filed pursuant to Fed. R. Bankr. P. 7001(6).

### III. PARTIES

6. I am a resident of the State of Pennsylvania.

7. Defendant, MOHELA (HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI), are holders and servicers of student loans in the United States and the servicer of the private student loans. The defendant's mailing address is MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243.

### IV. STATEMENT OF FACTS

8. Prior to filing bankruptcy, in the course of my education, I borrowed approximately $55,025.54 from Sallie Mae, who the private loans originated with. The private loans were then transferred to Navient and now are owned by defendant(s), MOHELA (HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI). The current outstanding balance of the student loan(s) from MOHELA (HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI is $174,965.29. A list of the loans with current balance is attached as Exhibit #1.

9. I incurred the student loan(s) while attending Cabrini College where I pursued a Bachelor's Degree. No payments were due on these loans while I was a full-time student at Cabrini College.

10. Under the terms of the loans, I was required to begin payments six months after enrollment in each of the schools ended.

11. Under the repayment plan outline by MOHELA (HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI), I would be required to maintain monthly payments of $2,071.67 for ten years in order to pay off the balance of the student loans.

12. Since repayment on the student loans began, I have:
   a. Made approximately 122 payments on the loans, totaling approximately $46,143.91
   b. Received 37 months of forbearances
   c. Requested an Income-driven repayment plan

13. I am currently employed as an Advancement Coordinator and Event Planner with Tower Hill School. My gross monthly income from employment is $5,416. My current monthly household expenses, including payroll deductions, are $4,684.67, leaving only $731.33 to pay the student loans.

14. My income is not likely to improve such that she will be able to repay his student loans.

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT. - 2

## V. DETERMINATION OF DISCHARGEABILITY

15. Under Section 523(a)(E) of the Bankruptcy Code, certain student loans may not be discharged in bankruptcy unless the bankruptcy court determines that payment of the loan "would impose an undue hardship on the debtor and the debtor's dependents." 11 U.S.C § 523(a)(8).

16. The most common framework for assessing undue hardship is the so-called Brunner Test. Brunner vs. New York State Higher Education Services corp., 831 f.2d 395 (2d cir. L9e7). To discharge a student loan under the brunner test, a bankruptcy court must find that the debtor has established that (1) the debtor cannot presently maintain a minimal standard of living if required to repay the student loan (2) circumstances exist that indicate the debtor's financial situation is likely to persist into the future for a significant portion of the loan repayment period, and (3) the debtor has made good faith efforts in the past to repay the student loan.

17. I am unable to make payments on my student loans. After deducting my reasonable and necessary expenses from my income, my discretionary income is insufficient to make student loan payments as required under the loan agreement.

18. My current state of affairs is likely to persist, and my financial circumstances are unlikely to materially improve for a significant portion of the debt repayment period.

19. I have made good faith effort to repay the student loans at issue in this Proceeding.

20. I have consistently engaged with the defendants regarding my student loans prior to this.

21. Based upon the foregoing facts and circumstances, I cannot maintain a minimal standard of living if forced to repay the student loans.

Wherefore, I respectfully request this Court to enter an order finding that excepting my student loans from discharge would impose an undue hardship as provided in 11 U.S.C § 523(a)(8), declaring the student loans to be included in my discharge under §727(a)/1328(a), and for any other relief as the court deems just and proper.

Respectfully submitted,

Kira Billips
March 31, 2026

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT. - 3

# Exibit #1

**MOHELA (Higher Education Loan Authority of the State of Missouri).**

## Account Summary As of 03/19/2026 (ET)

| Custom Pay ⌄ | ℹ |
|---|---|

| Total Payment Due: | $0.00 | Total Amount Paid: | $46,143.91 |
|---|---|---|---|
| | | Total Principal Paid: | $14,045.89 |
| | | Total Interest Paid: | $31,060.93 |
| | | Total Fees Paid: | $1,037.09 |

## Your Loans ℹ

| Loan ⌄ | Type ⌄ | Due Date ⌄ | Amount ⌄ | Status ⌄ | Auto Pay ℹ ⌄ |
|---|---|---|---|---|---|
| ⊕ 1012 ALTsource | Private | 03/22/2026 | $0.00 | Forbearance | |
| ⊕ 3068 Signature Student | Private | 03/22/2026 | $0.00 | Forbearance | |
| ⊕ 3076 Signature Student | Private | 03/22/2026 | $0.00 | Forbearance | |

Total Loans Balance: $175,080.04          Total Number of Loans: 3

*Detailed loan information attached*