

**Melinda J. Maune**
Legal Counsel
636.733.3700 ext. 7285
636.787.2777 fax

May 5, 2026

*21- 11457*

Clerk of Court
U.S. Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107

Re:   Kira J. Billips (Brown)
      **Adversary Proceeding #: 26-00134-AMC**

Dear Clerk of Court:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regard to the above-referenced Adversary Proceeding.  Please see the enclosed letter sent to the Debtor entered in this Adversary Proceeding.

If you have any other questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Melinda J. Maune
Legal Counsel

MJM/jo
Enclosure

FILED

MAY 11 2026

CLERK OF COURT



Melinda J. Maune
Legal Counsel
636.733.3700 ext. 7285
636.787.2777 fax

May 5, 2026

Kira J. Billips
204 N. Woodlawn Avenue
Aldan, PA 19018

Re:    Kira J. Billips (Brown)
       **Adversary Proceeding  26-00134-AMC**

Dear Kira Billips:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regard to the above-referenced Adversary Proceeding.  The Adversary Proceeding in question pertains to the discharge of a certain private student loan(s).  Please be advised that MOHELA does not own or hold any student loans on which you, Kira Billips, are the obligor.  Therefore, any judgment taken against MOHELA in this proceeding would have no effect on the student loan obligations.

MOHELA's only relationship to you is that MOHELA services a private student loan(s), owned by Navient, on which you, Kira Billips, are the obligor. Navient, as the owner and holder of the student loan(s), is the appropriate party to this proceeding, relative to your student loan(s). Based on the foregoing, I respectfully request that you dismiss all claims against MOHELA.

If you have any other questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Melinda J. Maune
Legal Counsel

MJM/jo

cc:    Clerk of Court
       U.S. Bankruptcy Court
       Eastern District of Pennsylvania
       900 Market Street, Suite 400
       Philadelphia, PA 19107

FILED
MAY 11 2026
CLERK OF COURT